UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _08MJ2102_ |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| _Hugo Arturo Candelaria-Ortiz, et al._ | ) | RELEASING MATERIAL WITNESS |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, _Noe Carbajal-Perea_

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court)).

DATED:   _7/24/08_

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk
                by _/s/ Madueno_   Y. MADUENO
                    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                                ☆ U.S. GPO: 2003-581-774/70082